**Order entered September 3, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00110-CV

**PRASHANT PRABHULKAR, Appellant**

**V.**

**PROGRESSIVE AUTO INSURANCE, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03030-2018**

### ORDER

On August 25, 2020, appellant filed both an incomplete brief and a motion for an extension of time to file a complete brief. On September 1, 2020, appellant filed a memorandum in support of his motion. In his memorandum, appellant explains that he filed a Letter of Designation filed with the district clerk on February 6, 2020. He states some of the requested records are missing from the record. Appellant does not identify the missing records.

The Court has reviewed the Letter of Designation and determined that the only items listed that are not in the appellate record are the reporter's records from the hearing on the motion to reinstate and the hearing on the motion for a protective order. In a letter filed with this Court on March 24, 2020, however, appellant verified that he requested reporter's records for only the hearings on the motion for summary judgment and motion for new trial. Those records were filed on April 6, 2020.

In his memorandum to his extension motion, appellant requests an extension of "three weeks after all the records have been received by [this Court] and validated by both the court and Appellant" to file his complete brief. After reviewing the Letter of Designation, the clerk's record, and appellant's March 24th letter verifying the reporter's records requested, we have determined that the appellate record is complete. For this reason and because appellant has not identified any missing records, we **DENY** the motion.

On the Court's own motion, we **ORDER** appellant to file, by **September 22, 2020**, his complete brief that complies with the briefing requirements set forth in rule 38.8 of the rules of appellate procedure. *See* TEX. R. APP. P. 38.1.

/s/     BILL WHITEHILL
        JUSTICE